Matthew L. Durham (NV Bar No. 10342)
mdurham@kskdlaw.com
S. Barrett Thompson (NV Bar No. 17309)
King Scow Koch Durham LLC
11500 S. Eastern Ave., Suite 210
Henderson, Nevada 89052
Telephone: (702) 833-1100
Facsimile: (702) 833-1107

Scott H. Casher (*Pro hac vice pending*)
Angelika Ekpo (*Pro hac vice pending*)
White and Williams LLP
9 West Broad Street, Suite 710
Stamford, Connecticut 06902
475.977.8300
Facsimile:  475.977.8301
Cashers@whiteandwilliams.com
Ekpoa@whiteandwilliams.com

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL DAVID SCHEIDLE, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PALAMERICAN SECURITY INC.,<br><br>Defendant. | Case No. 2:26-cv-01167-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

On March 23, 2026, Plaintiff David Scheidle ("Plaintiff") filed a Class Action Complaint in the Eighth Judicial District Court of Nevada. (*See* ECF No. 1-1). Defendant PalAmerican Security, Inc. ("Defendant") was served with the Summons and Complaint on March 30, 2026. On April 15, 2026, Defendant removed this action to the United States District Court for the District of Nevada pursuant to the Class Action Fairness Act. Thus, Defendant's deadline to respond to the Complaint is currently due on April 22, 2026.

In order to prepare an appropriate response, Defendant requires additional time to investigate and evaluate the allegations in the Complaint, including the broad scope of the putative class claims and the factual assertions underlying those claims.

Accordingly, Plaintiff and Defendant hereby stipulate and agree that Defendant shall have a 30-day extension, until May 22, 2026, to file its response to Plaintiff's complaint. This is the first request for such an extension.

Date: April 21, 2026

HKM EMPLOYMENT ATTORNEYS LLP

By:  ___/s/ Dana Sniegocki_____
Dana Sniegocki (NV Bar No. 11715)
8565 S. Eastern Avenue, Suite 162
Las Vegas NV 89123
*Attorneys for Plaintiffs*

Date: April 21, 2026

KING SCOW KOCH DURHAM LLC

By:  ___/s/ Matthew L. Durham_____
Matthew L. Durham (NV Bar No. 10342)
S. Barrett Thompson (NV Bar No. 17309)
11500 S. Eastern Avenue, Suite 210
Henderson, Nevada 89052
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

DATED:  __April 22, 2026___

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

STIP AND ORDER TO EXTEND

WHITE AND
WILLIAMS LLP
ATTORNEYS AT LAW
STAMFORD