**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MICHAEL DAVID SCHEIDLE, Plaintiff, individually and on behalf of all persons similarly situated

    Plaintiff(s),

 vs.

PALAMERICAN SECURITY, INC.; and DOES 1 through 50, inclusive

    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:26-cv-01167-GMN-MDC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Ori Edelstein_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

 1. That Petitioner is an attorney at law and a member of the law firm of

SCHNEIDER WALLACE COTTRELL KIM LLP
(firm name)

with offices at _____2000 Powell Street, Suite 1400_____,
(street address)

_____Emeryville_____, _____California_____, ____94608____,
(city)      (state)      (zip code)

____(415) 421-7100____, ____oedelstein@schneiderwallace.com____.
(area code + telephone number)   (Email address)

 2. That Petitioner has been retained personally or as a member of the law firm by

_____Michael David Scheidle_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____December 15, 2009_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____California_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State Bar of California | 12/15/2009 | 268145 |
| Northern District of California | 02/11/2010 | N/A |
| Eastern District of California | 02/22/2010 | N/A |
| Central District of California | 08/21/2018 | N/A |
| Southern District of California | 08/20/2018 | N/A |
| 3rd Circuit Court of Appeals | 03/18/2022 | N/A |
| [SEE ATTACHMENT A FOR MORE] | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.    That Petitioner is a member of good standing in the following Bar Associations.

The Bar Association of San Francisco
Alameda County Bar Association

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | None | None | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

*Ori Edelstein*

_____
Petitioner's signature

STATE OF ~~Texas~~ California    )
                                 )
COUNTY OF ~~Dallas~~ Alameda     )

_____Ori Edelstein_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*Ori Edelstein*

_____
Petitioner's signature

Subscribed and sworn to before me this

___30th___ day of _____April_____, ___2026___

*Almohit S. H...*

_____
Notary Public or Clerk of Court

Almohit Safat Hossain

NOTARY PUBLIC STATE OF TEXAS

ID NUMBER
135531829
COMMISSION EXPIRES
September 10, 2029

Electronically signed and notarized online using the Proof platform.

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Dana Sniegocki_____,
(name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____8565 S. Eastern Avenue, Suite 162_____,
(street address)

_____Las Vegas_____, _____Nevada_____, ___89123___,
(city)              (state)            (zip code)

___(702) 623-7279___, ___dsniegocki@hkm.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Dana Sniegocki_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Michael Scheidle
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11715                              dsniegocki@hkm.com
Bar number                         Email address

APPROVED:

Dated: this __6__ day of ___May___, 20 26 .

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**ATTACHMENT A**

| COURT | DATE ADMITTED | BAR NO. |
|---|---|---|
| 4th Circuit Court of Appeals | 10/25/2024 | N/A |
| 5th Circuit Court of Appeals | 09/29/2025 | N/A |
| 6th Circuit Court of Appeals | 03/20/2019 | N/A |
| 9th Circuit Court of Appeals | 05/10/2010 | N/A |
| Northern District of Illinois | 03/27/2024 | N/A |
| Central District of Illinois | 04/14/2026 | N/A |
| Eastern District of Michigan | 08/26/2025 | N/A |
| Central District of Colorado | 09/03/2025 | N/A |

Doc ID: 329b3948262be516812ce69bd87754098204c223

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 4/14/2026

**LICENSEE NAME:** Ori Edelstein

**LICENSEE BAR NUMBER:** 268145

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/15/2009

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Ori Edelstein's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California
(See Sections 6006 and 6125, et seq., Business and Professions Code.)    Doc ID: 329b3948262be516812ce69bd87754098204c223