**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Michael David Scheidle

　　　　　　Plaintiff(s),

vs.

PalAmerican Security, Inc.; and DOES 1 through 50, inclusive

　　　　　　Defendant(s).

Case #2:26-cv-01167-GMN-MDC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Scott H. Casher_____, Petitioner, respectfully represents to the Court:
　　　(name of petitioner)

1. 　That Petitioner is an attorney at law and a member of the law firm of

White and Williams LLP
　　　　　　　　(firm name)

with offices at _____9 West Broad Street, Suite 710_____,
　　　　　　　　　　　(street address)

_____Stamford_____, _____Connecticut_____, _____06902_____,
　　(city)　　　　　　　　　(state)　　　　　　(zip code)

___(475) 977-9316___, ___cashers@whiteandwilliams.com___.
(area code + telephone number)　　　　(Email address)

2. 　That Petitioner has been retained personally or as a member of the law firm by

_____PalAmerican Security, Inc._____ to provide legal representation in connection with
　　　　　　[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____February 25, 1998_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____New York_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| NJ | 12-31-98 | 024681997 |
| CT | 12-15-03 | 421890 |
| 2d Cir. | 11-06-06 | |
| 3rd Cir. | 09-19-14 | |
| USDC SDNY/EDNY | 10-24-00 | |
| USDC NJ | 07-03-06 | |
| USDC Conn. | -5-4-07 | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7.    That Petitioner is a member of good standing in the following Bar Associations.

None

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____ Connecticut _____ )
                                 )
COUNTY OF _____ Fairfield _____ )

_____ Scott H. Casher _____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

30ᵗʰ day of _____ APRIL _____, 2026.

_____
Notary Public or Clerk of Court

ELIZABETH LUZUNARIS
Notary Public, State of Connecticut
My Commission Expires September 30, 2030

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____ Matthew L. Durham _____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

11500 S. Eastern Ave., Ste. 210
_____,
(street address)

Henderson                    Nevada                    89052
_____ , _____ , _____,
(city)                       (state)                   (zip code)

702-833-1100                 mdurham@kdslaw.com
_____ , _____.
(area code + telephone number)      (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Matthew L. Durham_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_Chelsea Hazewinkel_
_____
(party's signature)

Chelsea Hazewinkel, PalAmerican Security Inc.
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

10342                          mdurham@kskdlaw.com
_____
Bar number                     Email address

APPROVED:

Dated: this __20__ day of _____May_____, 20_26_ .

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

———————

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Scott H. Casher

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 25, 1998,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on April 30, 2026.



*Clerk of the Court*

# Supreme Court of New Jersey



## Certificate of Good Standing

This is to certify that **SCOTT CASHER** (        **024681997**        ) was constituted and appointed an Attorney at Law of New Jersey on **December 31, 1998** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.

In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 6th day of May, 2026.



*Heather J. Baker*

Clerk of the Supreme Court

# State of Connecticut

# Supreme Court

I, **Carl D. Cicchetti,** *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

**Bridgeport**

*Do hereby certify, that, in the Superior Court at*

*on the*  **15th**  *day of*  **December, 2003**

**Scott H. Casher**

*of*

**Fairfield, CT**

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.*



*In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day*  **May 15, 2026**

Carl D. Cicchetti
*Chief Clerk*